### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**SHAWN E. PASS,**

    **Petitioner,**

    v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

**CASE NO. 2:15-CV-02089**
**CRIM. NO. 2:08-CR-00073(1)**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Kemp**

## OPINION AND ORDER

On June 19, 2015, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, recommending that Petitioner's *Motion to Vacate* (ECF No. 159) be dismissed as barred by the one-year statute of limitations under 28 U.S.C. § 2255(f).  (ECF No. 163).

Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The Court **ADOPTS** the *Report and Recommendation* (ECF No. 163) and **DISMISSES** the *Motion to Vacate* (ECF No. 159).

    **IT IS SO ORDERED**.

     /S/  GREGORY L. FROST
    **GREGORY L. FROST**
    **UNITED STATES DISTRICT JUDGE**